James E. Shelton
Director, Final Verdict Solutions
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
james@finalverdictsolutions.com



Creditor, Pro Se

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| GEORGE GETSOS | CASE NO. 18-14700-elf |
| | Chapter 13 |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT James E. Shelton, doing business as Final Verdict Solutions, a sole proprietorship registered with the Commonwealth of Pennsylvania, appears herein *pro se*, and pursuant to Bankruptcy Rule 2002 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C.A. § 1109)b), demand that all notices given or required to be served in this case, be given to and served upon the following:

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or otherwise: (1) which affect or seek to affect in any way any rights or properties in which James E. Shelton d/b/a Final Verdict Solutions may have an interest, or (2) which require or seek to require any act, delivery of any property, payment or other conduct by George Getsos.

/s/ James E. Shelton
James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
james@finalverdictsolutions.com

Dated: July 26, 2018